# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ENTRY-MASTER, LLC,<br>Appellant,<br>vs.<br>PARKING AND SECURITY SYSTEMS, LLC,<br>Respondent. | No. 66563 |
| ENTRY-MASTER, LLC,<br>Appellant,<br>vs.<br>PARKING AND SECURITY SYSTEMS, LLC,<br>Respondent. | No. 67682 |
| ENTRY-MASTER, LLC,<br>Appellant,<br>vs.<br>PARKING AND SECURITY SYSTEMS, LLC; AND ROBERT KATZ, RECEIVER,<br>Respondents. | No. 69304 |

**FILED**

JAN 1 9 2016


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER

Docket No. 66563 is an appeal from district court orders entered September 19, 2014, granting declaratory judgment and ordering the dissolution of appellant and appointing a receiver. *See* NRAP 3A(b)(4). Docket No. 67682 is an appeal from the order awarding attorney fees and costs. These two appeals have been consolidated. Docket No. 69304 is an appeal from a subsequent district court order granting the receiver's motion to approve fees and costs and conclude the receivership.

The receiver has filed a stipulation to dismiss the appeals in all three dockets. Appellant challenges that stipulation with a "Motion to Strike or in the Alternative Opposition," objecting that the receiver himself cannot dismiss the appeals that challenge the validity of his own

16-01711

appointment. The receiver and respondent Parking and Security Systems, LLC, have responded, and appellant has filed a reply.

Having considered these documents, we deny the motion to strike the stipulation in Docket Nos. 66563 and 67682. The stipulation of dismissal is approved to the following extent. These appeals are dismissed without prejudice.

We grant the motion to strike the stipulation in Docket No. 69304, and this appeal shall continue. The clerk of this court shall strike the stipulation filed on December 14, 2015. We remind appellant that the opening brief and appendix remain due on or before April 6, 2016.[1]

It is so ORDERED.[2]

_____, J.
Hardesty

_____, J.       _____, J.
Saitta                             Pickering

---

[1]In our resolution of the instant matters, we express no opinion as to the merits of the underlying orders that are the subject of these appeals.

[2]We deny appellant's motion to strike the notice of appearance of counsel for the receiver.

cc:    Hon. Lidia Stiglich, District Judge
Kauffman and Forman, P.A.
Fox Rothschild, LLP, Las Vegas
Oshinski & Forsberg, Ltd.
Pascale Stevens LLC
Parsons Behle & Latimer/Reno
Washoe District Court Clerk